IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SHAKITA IRVIN, | * |
| Plaintiff, | * |
| v. | * CV 124-189 |
| OXERRA AMERICAS LLC and AUSTIN INDUSTRIAL SPECIALTY SERVICES, INC., | * |
| Defendants. | * |

O R D E R

Before the Court is the Parties' stipulation dismissing this action with prejudice. (Doc. 18.) Because all Parties have signed the stipulation, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of May, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA